UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES R. CALLENDAR, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:15-cv-00409 |
| ) | CHIEF JUDGE CRENSHAW |
| TYSON FRESH MEATS, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 78). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE