# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

James R. Callender, Jr
                        Plaintiff,

v.                                           Case No.: 3:15−cv−00409

Tyson Fresh Meats, Inc.
                        Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/28/2017 re [79].

                                                                  Keith Throckmorton, Clerk
                                                             s/ Greg Bowersock, Deputy Clerk